**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNNY PADILLA NAJERA,<br><br>v.<br><br>ANDREW SAUL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:18-cv-01629-EPG<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 13) |

Plaintiff Johnny Padilla Najera and Defendant Andrew Saul, Acting Commissioner of Social Security, have stipulated that Plaintiff shall have an extension of time from 07/10/2019 to 08/09/2019 to serve Defendant with Plaintiff's opening brief. The parties further stipulate that Defendant's responsive brief will be due on 09/08/2019, and that all other dates in the Court's scheduling order be extended accordingly.

\\\
\\\
\\\
\\\

Finding good cause for the stipulation, IT IS ORDERED that Plaintiff shall have a 30-day extension of time, from 07/10/2019 to 08/09/2019 to serve Defendant with its opening brief. IT IS FURTHER ORDERED that Defendant's Responsive brief will be due by 09/08/2019, and all other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **July 8, 2019**　　　　　　　　　　/s/ *Eric P. Groj*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE