# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY PADILLA NAJERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security<br><br>　　　　Defendant. | Case No. 1:18-cv-01629-EPG<br><br>ORDER ON THE PARTIES' STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE BRIEF<br><br>(ECF NO. 17) |

　　Plaintiff Johnny Padilla Najera and Defendant Andrew Saul, Commissioner of Social Security, have submitted a stipulation that Defendant shall have a 45-day extension of time, from August 28, 2019 to October 12, 2019, to file its responsive briefing. (ECF No. 17.)

　　Finding good cause for the stipulation, IT IS ORDERED that Defendant shall file its responsive briefing on or before October 12, 2019, with all other Scheduling Order deadlines extended accordingly.

IT IS SO ORDERED.

　　Dated: __**August 19, 2019**__　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1