1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  ALLISON J. CHEUNG, CSBN 244651
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, CA 94105-1545
6       Telephone: (415) 977-8942
7       Facsimile: (415) 744-0134
   E-mail: allison.cheung@ssa.gov
8
9  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JOHNNY PADILLA NAJERA, | Case No. 1:18-cv-01629-EPG |
| Plaintiff, | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF; ORDER** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

   On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: October 9, 2019                PENA & BROMBERG, PLC

*/s/ Jonathan O. Peña*_____
(*as authorized via email on October 9, 2019)
JONATHAN O. PENA, ESQ.
Attorney for Plaintiff

Dated: October 10, 2019               McGREGOR SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Pursuant to the above Stipulation, and for good cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation. **IT IS FURTHER ORDERED** that the Clerk of Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **October 10, 2019** /s/ Eric P. Gross
UNITED STATES MAGISTRATE JUDGE